# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEEN PERRY and PATRICK PERRY,<br><br>         Plaintiffs,<br>    v.<br><br>HUNG T. LUU, M.D., JOHNSON & JOHNSON a New Jersey corporation, ETHICON, INC. a New Jersey corporation,, and DOES 1 to 60,<br><br>         Defendants. | 1:13-CV-729  AWI JLT<br><br>ORDER VACATING JULY 1, 2013, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Currently pending before this Court is Plaintiffs' motion to remand. Hearing on this matter is set for July 1, 2013, at 1:30 p.m. The Court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 1, 2013, is VACATED, and the parties shall not appear at that time. As of July 1, 2013, the Court will take this motion to remand under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 26, 2013

_____
SENIOR  DISTRICT  JUDGE